**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-23-01091-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Dennis Lawrence, et al., | |
| Defendants. | |

Pursuant to the Parties' First Stipulated Motion to Modify Scheduling Order and Extend Deadlines, and for good cause appearing,

**IT IS ORDERED** granting the stipulated motion (Doc. 34) and modifying the discovery deadlines and dispositive motion deadlines in the Case Management Order (Doc. 27) as follows.

**IT IS FURTHER ORDERED** that the parties must complete all discovery, including depositions of parties, witnesses, and experts, answers to interrogatories, and supplements to interrogatories by **Friday, June 21, 2024**.

**IT IS FURTHER ORDERED** that the parties must file all dispositive motions by **July 21, 2024**.

**IT IS FINALLY ORDERED** that no other aspects of the Case Management Order (Doc. 27) are modified by this Order.

Dated this 24th day of April, 2024.

James A. Teilborg
Senior United States District Judge