**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-23-01091-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Dennis Lawrence, Bull Holdings Trust, Melissa Lawrence, PennyMac Loan Services LLC, and Legal-Ease LLC, | |
| Defendants. | |

Currently pending before the Court is a motion by Plaintiff for judgment against Dennis and Melissa Lawerence (these Defendants join the motion). (Doc. 36). Eight Defendants remain in this case: Dennis Lawrence, Melissa Lawrence, PennyMac Loan Services LLC, Legal-Ease LLC, and the four Trustees of the Bull Holdings Trust. The currently pending motion only seeks judgment against four of these eight Defendants as follows: "Judgment shall be entered for the United States on its Complaint against Dennis Lawrence, individually and as Trustee of Bull Holdings Trust, and Melissa Lawrence, individually and as Trustee of Bull Holdings Trust." (Doc. 36 at 5, ¶17). The motion does seek a partial judgment under Federal Rule of Civil Procedure 54(b) ("Rule 54(b)").

As a result, Plaintiff must either file a motion for partial judgment pursuant to Rule 54(b) or otherwise resolve the claims against the other four Defendants. *See Gomez v. EOS CCA*, No. CV-18-2740-PHX-JAT (DMF), 2020 WL 4673167 (D. Ariz. Aug. 12, 2020) (discussing the law governing when a partial judgment is warranted). Accordingly,

**IT IS ORDERED** that within 14 days of this Order, Plaintiff shall either file the Rule 54(b) motion discussed above, or otherwise resolve the claims against the Defendants who would not be part of the judgment sought at Doc. 36.

Dated this 6th day of June, 2024.

James A. Teilborg
Senior United States District Judge